IN THE CIRCUIT COURT OF THE
TWELFTH JUDICIAL CIRCUIT IN & FOR
SARASOTA COUNTY, FLORIDA
Clerk Case No.: 2024 CA 005117 NC

8:25-CV-2554-WFJ-TGW

SEP 22 2025 PM3:27
FILED - USDC - FLMD - TPA

HOMEWARD RESIDENTIAL, INC.
Planitiff(s),
vs.
BENJAMIN RODGER A/K/A BENJAMIN-PIERCE RODGER;
MELISSA RODGER A/K/A MELISSA-MARIE RODGER;
HUNTER N RODGER A/K/A HUNTER RODGER;
JPMORGAN CHASE BANK,
N.A.; GOODLEAP, LLC;
Defendants,

## EMERGENCY MOTION FOR STAY PENDING APPEAL

   Defendant, Benjamin-Pierce: Rodger, pursuant to Fla.R.App.Pro 9.310, moves this Court for an Order staying the foreclosure sale in this case pending his prosecution of his appeal in Case No. 2024 CA 005117 NC   and would show:

1. On 07/31/2025 this Court entered it Final Judgment of Foreclosure.  The sale date is scheduled for Tuesday September 16, 2025.

2. On 08/12/2025 Defendant's ESTATE filed a rebuttal  -
a) contesting jurisdiction
b)there was never a "loan"
c)the note had been converted into a payment order
d)the original terms and conditions were concealed
e)they converted the note security into a different species without permission
f)They kept the proceeds that didn't belong to them
g)they filed a false lien using the deed of trust or mortgage
h)they deposited an ineligible instrument into the remic
i)no chain of custody exists with wet ink signature
j)pooling and servicing agreement clearly states "claims" can only be brought forth in Federal Court

*None of these items rebutted were ever responded to or addressed by the court – as a point of law, Silence equates to agreement.
(copy attached)

3. Defendant didn't receive any notices of proceedings or trials properly addressed to his ESTATE as he is a flesh and blood living man with corrected status.

4. Defendant provided proof that PHH Mortgage Services(HOMEWARD RESIDENTIAL,INC) had been issued a Negotiable Instrument in compliance with 12 USC 1813(l)(1), U.C.C. 1-201(24), 3-104, 8-102(9), 9-102(9), (11),(12)b, (49), (64) in good faith to discharge debt on 04/02/2024 in the

amount of $211,201.11. On 04/02/2024 this was $5,000.00 more than the actual payoff in order to compensate for any unforeseen expenses, again in good faith.
PHH Mortgage Services responded in a letter dated 06/05/2024 that they had "received" payment and had applied it to payoff the account. They then stated that on 05/10/2024 that the "check" was invalid and they reversed the payoff transaction.
(see attached)
*note – the "Negotiable Instrument" was never returned*

Also on 09/09/2025 I received another letter from PHH Mortgage in which they admit they cannot produce the original "wet ink" signature nor an unbroken chain of custody for the mortgage and loan. They "manage" the account.
(see attached)

5. HOMEWARD RESIDENTIAL, INC/PHH Mortgage has no standing to file this action – see pooling and servicing agreement PSA

6. This Court has no jurisdiction according to the pooling and servicing agreement, this is heard in Federal Court.

7. I, a man, Benjamin-Pierce: Rodger in poporus sui juris, believe that my rights are being violated cf: 18 USC 241, 242, cf: fourth, fifth, and thirteenth amendments. Anybody bringing a charge against my property Known as BENJAMIN PIERCE RODGER must be sworn in under oath or affirmation with a proper affidavit with two third party witnesses or this matter should be discharged post haste upon receiving this document for a violation of due process.(copy of original hand written attached- as only the living man can write).

WHEREFORE Defendant respectfully requests relief in accordance with the foregoing.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via The United States Post Office to:

cc  HOMEWARD RESIDENTIAL, INC/PHH Mortgage
SARASOTA COUNTY SHERIFF KURT A. HOFFMAN
CLERK OF COURT TWELFTH JUDICIAL CIRCUIT IN & FOR SARASOTA COUNTY- KAREN RUSHING/CIRCUIT JUDGE HUNTER W.CARROLL
UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA

by: Benjamin-Pierce: Rodger ©
UCC 1-308

2c
USA

By: Benjamin-Levi: Rodger©
UCC 1-308

BENJAMIN PIERCE RODGER ESTATE
Benjamin-Pierce: of the House Rodger
General Executor
c/o 2426 Wisteria Road
Venice Florida REO [34293]

Notice Date: 12: AUGUST: 2025

-9589 0710 5270 2416 0298 70 - United States Post Certified Mail Acct.

Re: Clerk Case No: 2024 CA 005117

TO: CLERK OF COURT TWELFTH JUDICIAL CIRCUIT IN + FOR SARASOTA
COUNTY FLORIDA
KAREN RUSHING
CIRCUIT JUDGE HUNTER W CARROLL

- I do not consent.
- I do not wish to contract with you.
- I am responding to your resent letter (copy attached)

   1) I have never contracted with said "plaintiff" HOMEWARD RESIDENTIAL, INC.
   2) My original mortgage was with PEARL mtge GUILD MORTGAGE when sold it to PEARL MORTGAGE when sold it to PHH Mortgage. *note each time it was "Sold" it was paid off. "Debt-discharged"
   * I never contracted with any of the other companies prior to the first.
   3) In good faith on 04/02/2024 I presented Negotiable Instrument #4820004 to PHH mortgage when acknowledge receiving. Negotiable Instrument was for $211,201.11

according to U.C.C. 3-311 "This instrument is tendered as full satisfatio of the claim..."
4) U.C.C. 3-603 - "Debt" has been legally "discharged"
5) for your convenience a copy is attached.
6) NOTICE OF DIS HONOR in accord with U.C.C. - Article 3, § 3-503, "NOTICE OF DISHONOR"

I demand that you all parties "cease and desist". U.C.C. 3-104, U.C.C. 3-603, HJR 192.

MAXIMS OF LAW
1) In Commerce, Truth is Sovereign;
2) For a matter to be resolved, it must be expressed;
3) As a Point of Law, Silence equates to agreement.

Any future communications regarding this or any other matter shall be in writing, submitted to my attention in care of the ESTATE mailing location as depicted upon the letterhead hereon:

By: Benjamin-Pierce: Rodger©
UCC 1-308

08/11/2025

I, a man, Benjamin Pierce Rodger in propous sui juris, believe that my rights are being violated cf: 18 USC 241, 242, cf: fourth, fifth, and thirteenth amendments. Anybody bringing a charge against my property known as BENJAMIN PIERCE RODGER must be sworn in under oath or affirmation with a proper affidavit with two third party witnesses or this matter should be discharged post haste upon receiving this document for violation of due process."

Thank you,

by: Benjamin-Pierce:Rodger©
UCC1-308

**CERTIFIED FUNDS**
Remit at Par

able through:
Benjamin Pierce Rodger
Done in good faith
c/o 2426 Wisteria Road
Venice, Florida rfd[34293]

UST
1500 PENNSYLVANIA
AVENUE N.W.
WASHINGTON, D.C. 20220

15-51/000

No. 482000004
Date: 04/02/2024

Pay to the Order of: PHH Mortgage Services          $ *211,201.11

Two Hundred Eleven Thousand Two Hundred One and 11/100********************* Dollars

Memo: acct #7900565683,
Benjamin Rodger Melissa Rodger,
2426 Wisteria Rd Venice, FL 34293

*Benjamin Pierce Rodger*
Authorized Representative for the Beneficiary
Exemption 482847229

Reference: Prepaid personal item; exchange acknowledgment.
This draft is an offer of tender and discharges the obligation per U.C.C. §§ 1-103, 1-104, 3-603(e)(b), HJR 192 of June 5, 1933, & Public Law 73-10

⑈48 200 000 4⑈  ⑆5 209 0706 5⑆  482 847 229⑈

Fed X
04-02-2024

Fiduciary Collector:
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

**MEMORANDUM**

482000004

***** This Note MUST be Processed/Deposited as a Negotiable Instrument *****

This Note is a Secured Transferable Negotiable Instrument meeting all requirements of U.C.C. - Article 3, as a Money Order. This Note, credit agreements, bills of exchange and checks are defined as legal tender, or money, by the statutes such as 12 USC 1813(l)(1), U.C.C. §1-201(24), §3-104, §8-102(9), §9-102(9), (11), (12) b, (49), (64).

Post the uncollected funds into the asset column of this account and charge the offer and acceptance for settlement; prepaid and exempt when entered in the post-closing Balance.

This statement constitutes Maker's order to pay this instrument upon presentment and endorsement. As an operation of law, Payee tacitly consents and agrees that there is accord and satisfaction by use of this instrument to satisfy Payee's claim and Maker is hereby discharged from liability on this alleged account and the obligation is suspended in accordance with law as codified at U.C.C. §§ 3-310(b), 3-311, 3-603, HJR 192 of June 5, 1933 & Public Law 73-10.

Maker does not waive timeliness. However, if Payee needs additional time, Payee must present Maker with a written request for additional time within a reasonable time, setting forth the reason Payee requests an extension of time, with good cause shown. The acceptability of any such request received by Maker from Payee is conditional upon approval by Maker.

### § 3-311. ACCORD AND SATISFACTION BY USE OF INSTRUMENT.

This instrument is tendered as full satisfaction of the claim. In the event this instrument is not presented for payment within a reasonable period of time, and there has been no request for an extension of time with good cause shown, Payee tacitly consents and agrees that Maker has satisfied/discharged the debt claim re. this alleged account. Payee tacitly consents and agrees that Payee has a duty to prevent this debt claim/monetary obligation from damaging Maker in any way, and that Payee confesses judgment and Maker reserves the right to initiate a counterclaim against Payee, and file a claim against the bond any responsible party, including Payee and all principals, agents, and assignee of Payee, whose acts/omissions result in tort damages against Maker.

Should This Note be dishonored and/or not be honored, this letter is further presentment and serving as a NOTICE OF DISHONOR in accord with U.C.C.- Article 3, §3-503: "NOTICE OF DISHONOR"

For questions regarding this draft, contact maker by written correspondence:

Benjamin Pierce Rodger c/o 2426 Wisteria Road Venice, Florida rfd[34293]



**PHH MORTGAGE**

PHH Mortgage Services
PO Box 24738
West Palm Beach, FL 33416

Tel 800-449-8767
Fax 856-917-8300

June 5, 2024

Account Number: 7900565883
Property Address:
2426 WISTERIA RD
VENICE FL 34293

BENJAMIN RODGER
MELISSA RODGER
2426 WISTERIA RD
VENICE FL 34293

RESPONSE LETTER
FOR YOUR RECENT REQUEST

Dear Customer(s),

This letter is regarding the certified check payment dated April 2, 2024.

We received a payment of $211,201.11 on April 29, 2024, and it was utilized to payoff the account. However, we determined that the ABA Routing Number mentioned on the check is invalid. Therefore, we reversed the payoff transaction on May 10, 2024.

As of the date of this letter, the account is past due for the February 1, 2024, payment.

For more information, please contact our customer care center at the phone number provided above.

We trust that the information provided has fully addressed the concern.

We are here to help! INDER - ID BG3 is your designated contact for questions about mortgage assistance. You can schedule an appointment with INDER - ID BG3 by visiting the below website or by calling us at 800-449-8767. We're available Monday through Friday from 8:00 AM to 9:00 PM and Saturday from 8:00 AM to 5:00 PM ET. If you need immediate assistance, another dedicated member of our team will be ready to help.

Sincerely,

Loan Servicing

NE013 RS4

*[Handwritten annotations:]* To: Loan Servicing, The note given to you, received four (4) times is not a "certified check". You are in violation of law.

*[Highlighted printed text:]*

§ 3-311. ACCORD AND SATISFACTION BY USE OF INSTRUMENT. This instrument is tendered as full satisfaction of the claim. In the event this instrument is not presented for payment within a reasonable period of time, and there has been no request for an extension of time with good cause shown. Payee tacitly consents and agrees that Maker has satisfied/discharged the debt claim re. this alleged account. Payee tacitly consents and agrees that Payee has a duty to prevent this debt claim/monetary obligation from damaging Maker in any way, and that Payee confesses judgment and Maker reserves the right to initiate a counterclaim against Payee, and file a claim against the bond any responsible party, including Payee and all principals, agents, and assignees of Payee, whose acts/omissions result in tort damages against Maker.

"This Note be dishonored and/or not be honored, this letter is further presentment and serving of DISHONOR in accord with U.C.C. - Article 3, §3-503: "NOTICE OF DISHONOR"

*[Signature]*


**MORTGAGE**

PHH Mortgage Services　　　　　　　　　　　　　　　　　　　　　Tel 800-449-8767
PO Box 24738　　　　　　　　　　　　　　　　　　　　　　　　　　Fax 856-917-8300
West Palm Beach, FL 33416

September 9, 2025

　　　　　　　　　　　　　　　　　　　Account Number: 7900565883
　　　　　　　　　　　　　　　　　　　Property Address:
　　　　　　　　　　　　　　　　　　　2426 WISTERIA RD
　　　　　　　　　　　　　　　　　　　VENICE FL 34293

BENJAMIN RODGER
MELISSA RODGER
2426 WISTERIA RD
VENICE FL 34293

　　　　　　　　　　　　　　RESPONSE LETTER
　　　　　　　　　　　　　FOR YOUR RECENT REQUEST

Dear Customer(s),

Thank you for your recent communication regarding the mortgage account referenced above, specifically your request for the original wet ink signature of the mortgage documents.

Please note that this account was originated by Everett Financial, Inc. dba Supreme Lending, a Texas Corporation, on April 8, 2022, with an original principal balance of $210,000.00. As PHH Mortgage Services (PHH) was not involved in the origination of this loan, we are unable to comment on matters related to its origination. Our role is limited to the servicing of this account.

The servicing of the account was transferred to PHH from Everett Financial, Inc. dba Supreme Lending on June 1, 2022. As the current servicer, we are obligated to manage the account in accordance with the terms and conditions outlined in the original Note and Mortgage.

Upon review of the Note, it has been confirmed that Benjamin Rodger, Melissa Rodger, and Hunter N. Rodger signed the document and are responsible for the associated debt. Therefore, the mortgage is valid and enforceable.

As stated in our previous correspondence dated August 19, 2025, PHH is not required to provide the original wet ink signature documents. Copies of the mortgage documents were enclosed with that response. We regret to inform you that we are unable to fulfill your request for the original signed documents.

Following a thorough review, we have determined that no error has occurred in the servicing of this account.

If you would like copies of the collateral or other mortgage account documents used in making this determination, please submit a written request to:

PHH Mortgage Services
Research Department
P.O. Box 24695
West Palm Beach, FL 33416

We trust that the information provided has fully addressed the concern.

We are here to help! INDER - ID BG3 is your designated contact for questions about mortgage assistance. You can schedule an appointment with INDER - ID BG3 by visiting the below website. If you need immediate assistance or have other questions, call us at 800-449-8767 and another dedicated member of our team will be ready to help. We're available Monday through Friday from 8:00 am to 9:00 pm and Saturday from 8:00 am to 5:00 pm ET.

Sincerely,
　　*NMLS:2726　Log in to PHHMortgage.com — your servicing website connection.*

**also copy to Sheriff**

BENJAMIN PIERCE OF RODGERS ESTATE,                    06/06/2025

Benjamin-Pierce of the House Rodgers, General Executor
℅ 2426 Western Road, Venice, Florida [34293] without the UNITED STATES

Notice Date: 06 September 2025

Re: JURISDICTION   -  Clerk Case No: 2024 CA 005717

To: CLERK OF COURT TWELFTH JUDICIAL CIRCUIT IN + FOR SARASOTA
COUNTY FLORIDA  - KAREN RUSHING - CIRCUIT JUDGE HUNTER W CARROLL

You have no subject matter jurisdiction;
   • because, "the plaintiff failed to provide proof of standing"
   • Proof of standing has to be evidence of existing debt or
     obligation it remains

There was never a "loan";
   • because there was never a "loan", the deed recorded
     was a false lien (spurious lien)

The note had been converted into a payment order, a payment
   order is an authorized act by the holder. Every note/security
   for a mortgage is a defaulted negotiable instrument.

When it's negotiable it can be converted from one currency
   species to another.

cont.-                                                                          09/08/25

Currency species defined in law 18USC 8 - notes, bonds, drafts, checks, cashier checks, canceled stamps.

Banks don't loan, they are prohibited from loaning their money, currency, credit, etc. - 12 USC 83

There was no contract at closing, only one(1) signature is an instrument.

Fraud revealed -
1) The original terms and conditions were concealed
2) They converted the note security into a different species without permission.
3) They kept the proceeds that didn't belong to them, they (the proceeds) belong to the maker (me).
4) They filed a false lien using the deed of trust or mortgage.
5) They deposited an ineligible instrument into the note.
6) No chain of evidence exists.

Therefor the petitioning party for these foreclosure proceedings has no standing. If they don't have any standing then no court has subject matter jurisdiction.

IF there was a legitimate case regarding foreclosure it cannot be held or heard in district court because it's a federal matter

Cont,—                                                          09/06/2025

- because of the pooling and servicing agreement.

Pooling and Servicing agreements are securities fraud and governed by the IRS and that means that any foreclosure matter can only be brought by the IRS.

• See attached case law

• also is attached a copy of my fee schedule that has been previously submitted at county, state and federal levels.